No. 88–1969. MCCORMICK, WARDEN v. FITZPATRICK. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pau-

*peris* granted. Certiorari denied. 